[No. 16345-4-II.   Division Two.   July 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BLAINE JUSTIN OLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00127-0, Thomas L. Lodge, J., entered August 6, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.

[No. 16138-9-II.   Division Two.   July 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS EDWARD MUELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00631-5, Milton R. Cox, J., entered June 12, 1992. *Reversed* and *dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Morgan, J.

[No. 15931-7-II.   Division Two.   July 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EUGENE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00644-7, James E. Warme, J., entered March 26, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.